UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| ESTEVES CONCRETE, INC. | 08-07776-8-JRL |
| DEBTOR(S) | CHAPTER 7 |

**REPORT ON UNCLAIMED DIVIDENDS**

        HOLMES P. HARDEN, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

    1.    That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| Luis Villeda<br>Fabio Ortiz Law Firm<br>Attn: Daniel Hatley<br>209 Lloyd St., Suite 120<br>Carrboro, NC 27510 | 141.52 |
| Eduardo Amador<br>Fabio Ortiz Law Firm<br>Attn: Daniel Hatley<br>209 Lloyd St., Suite 120<br>Carrboro, NC 27510 | 105.99 |
| Abraham Lugo<br>Fabio Ortiz Law Firm<br>Attn: Daniel Hatley<br>209 Lloyd St., Suite 120<br>Carrboro, NC 27510 | 134.10 |
| **TOTAL** | **381.61** |

    2.    That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

      WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. §347.

DATED:    February 18, 2011

                                      *s/s Holmes P. Harden*  
                                      Holmes P. Harden, Trustee  
                                      State Bar No. 9835  
                                      Post Office Box 1000  
                                      RALEIGH, NC  27602  
                                      Telephone: (919) 981-4000  
                                      Facsimile: (919) 981-4300